UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS RAY ALDRIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | No. 2:13-cv-01979-KJN P<br><br><br>ORDER |

When plaintiff initiated this civil rights action on September 23, 2013, he was detained at the Solano County Jail, and consented to the jurisdiction of the undersigned Magistrate Judge for all purposes. 28 U.S.C. § 636(c); Local Rule 305(a). (See ECF No. 4.)

On November 4, 2013, this court granted plaintiff's request to proceed in forma pauperis, and dismissed his complaint with leave to file an amended complaint within thirty (30) days. (ECF No. 5.) Plaintiff did not respond to the court's order.

On January 16, 2014, the Solano County Sheriff's Department informed the court that plaintiff was released from jail on December 21, 2013. (ECF No. 7.) The court looked for plaintiff's name in the Inmate Locator website operated by the California Department of Corrections and Rehabilitation, to no avail, indicating that plaintiff is not incarcerated in a state prison.

////

1

It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Local Rule 182(f). Plaintiff's failure to file a change of address, or to timely respond to the court's last order, indicates that he has decided not to pursue this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b); and
2. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 10, 2014

/aldr1979.dsms

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE